Robert C. Weaver, Jr., OSB #801350
Garvey Schubert Barer
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259
E-Mail: rweaver@gsblaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>  v.<br><br>**JON MICHAEL HARDER,**<br><br>    Defendant. | Case No. 3:12-CR-00485-KI<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

  Attorney Robert C. Weaver, Jr., who is listed as an "attorney to be noticed" in this case, hereby moves for an order allowing him to withdraw as the defendant's attorney of record on the ground that Mr. Harder is now being represented by Christopher Schatz of the Federal Public Defender's Office (Dkt. No. 9).

  DATED this 1st day of October, 2012.

            GARVEY SCHUBERT BARER

            By  /s/ *Robert C. Weaver, Jr.*
              Robert C. Weaver, Jr., OSB #801350
              Telephone: (503) 228-3939
              Fax: (503) 226-0259
              E-Mail: rweaver@gsblaw.com