**BILLY J. WILLIAMS, OSB#90136**
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
kathleen.bickers@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone:   (503) 727-1060
Facsimile:    (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:12-CR-00485-01 SI |
| v. | **MOTION TO FILE DOCUMENTS UNDER SEAL** |
| JON M. HARDER, | |
| Defendant. | |

The attached Motion and Proposed Order to Substitute Victim is requested to be filed under seal as it contains names and addresses of victims.

Respectfully submitted this 23rd day of January, 2018

BILLY J. WILLIAMS
United States Attorney

/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney