# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS JON MICHAEL HARDER, Reg. No. 74589-065, was convicted, in the United States District Court for the District of Oregon on an amended indictment (Docket No. 3:12-CR-00485-SI) of violations of Sections 2, 981(a)(1)(C), 1341, and 1957, Title 18, and Section 2461, Title 28, United States Code, for which a total sentence of 180 months' imprisonment, three years' supervised release, forfeiture of approximately $115,810 and additional property (by orders of July 1, 2015 and August 31, 2015), and a $200 special assessment was imposed on November 17, 2015, as amended December 2, 2015; and

WHEREAS the said JON MICHAEL HARDER has been confined continuously since he surrendered to the custody of the Bureau of Prisons on February 25, 2016, and is presently incarcerated at the Federal Correctional Institution – Sheridan in Sheridan, Oregon; and

WHEREAS it has been made to appear that the ends of justice do not require the said JON MICHAEL HARDER to remain confined until his currently projected release date of December 4, 2028, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, DONALD J. TRUMP, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said JON MICHAEL HARDER: I commute the prison sentence imposed upon the said JON MICHAEL HARDER to time served. I leave intact and in effect the three-year term of supervised release with all its conditions, and all other components of the sentence.

I HEREBY DESIGNATE, direct, and empower, the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the District of Oregon, and to the said JON MICHAEL HARDER a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

I ALSO DIRECT the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said JON MICHAEL HARDER with all possible speed.

IN TESTIMONY WHEREOF I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



Done at the City of Washington in the District of Columbia this thirteenth day of January in the Year of Our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.

**DONALD J. TRUMP**
President

Exhibit 2
Page 1 of 1