**KEVIN M. SALI**, OSB. No. 044065
kevin@salilaw.com
Kevin Sali LLC
1500 S.W. First Ave., Suite 1020
Portland, OR 97201
Telephone:  (971) 407-3371
Facsimile:  (503) 765-5377

**K. LAWSON PEDIGO**, *admitted pro hac vice*
klpedigo@mkp-law.net
Miller Keffer & Pedigo, PLLC
3100 Monticello Ave., Suite 480
Dallas, TX 75205
Telephone:  (214) 696-2050
Facsimile:  (214) 696-2482

Attorneys for Defendant Jon Michael Harder

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-485-SI |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| JON MICHAEL HARDER, | |
| Defendant. | |

Defendant Jon Michael Harder appeals to the United States Court of Appeals for the Ninth Circuit from the Opinion and Order Requiring Restitution entered on October 26, 2023 (ECF No. 369).

PAGE 1 –   NOTICE OF APPEAL

Defendant Jon Michael Harder also appeals to the United States Court of Appeals for the Ninth Circuit from the Second Amended Judgment in a Criminal Case entered on October 26, 2023 (ECF No. 370).

DATED:  November 3, 2023

By:     s/ *Kevin Sali*
KEVIN SALI
kevin@salilaw.com
Tel.: (971) 407-3371

s/ *K. Lawson Pedigo*
K. Lawson Pedigo
klpedigo@mkp-law.net
Tel.: (214) 696-2050

ATTORNEYS FOR DEFENDANT JON M. HARDER

PAGE 2 –   NOTICE OF APPEAL